| No | IP | Port | Hit Date UTC |
|---:|---|---:|---|
| 1 | 75.85.146.17 | 23084 | 2020-10-07 06:15:30 |
| 2 | 98.151.194.89 | 56052 | 2020-10-05 08:39:50 |
| 3 | 75.85.78.149 | 25402 | 2020-09-10 14:05:00 |
| 4 | 72.130.160.156 | 44972 | 2020-09-09 04:56:09 |
| 5 | 98.151.249.102 | 21197 | 2020-09-06 16:51:35 |
| 6 | 76.173.53.229 | 57907 | 2020-08-27 04:32:44 |
| 7 | 98.155.64.183 | 8999 | 2020-08-26 23:22:25 |
| 8 | 98.155.171.30 | 58226 | 2020-08-23 10:13:35 |
| 9 | 98.151.71.190 | 51413 | 2020-08-23 04:28:52 |
| 10 | 98.150.162.29 | 50271 | 2020-08-23 01:17:58 |
| 11 | 72.235.195.60 | 53046 | 2020-10-07 03:21:06 |
| 12 | 72.235.249.204 | 55724 | 2020-09-18 07:30:19 |
| 13 | 72.253.0.39 | 28829 | 2020-09-06 07:24:21 |
| 14 | 141.239.86.223 | 40959 | 2020-08-24 05:31:53 |
| 15 | 72.253.118.236 | 58848 | 2020-08-23 13:40:58 |
| 16 | 141.239.116.212 | 16581 | 2020-08-22 04:51:34 |
| 17 | 72.234.242.160 | 43013 | 2020-08-22 04:07:41 |
| 18 | 72.253.213.134 | 47185 | 2020-08-21 19:55:06 |
| 19 | 174.239.3.235 | 8137 | 2020-09-30 04:32:24 |

Exhibit "1"

| No | IP | File Name |
|---|---|---|
| 1 | 75.85.146.17 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 2 | 98.151.194.89 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 3 | 75.85.78.149 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 4 | 72.130.160.156 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 5 | 98.151.249.102 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 6 | 76.173.53.229 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 7 | 98.155.64.183 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 8 | 98.155.171.30 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 9 | 98.151.71.190 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 10 | 98.150.162.29 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 11 | 72.235.195.60 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 12 | 72.235.249.204 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 13 | 72.253.0.39 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 14 | 141.239.86.223 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 15 | 72.253.118.236 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 16 | 141.239.116.212 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 17 | 72.234.242.160 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 18 | 72.253.213.134 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 19 | 174.239.3.235 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |

| No | IP | File Hash |
|---|---|---|
| 1 | 75.85.146.17 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 2 | 98.151.194.89 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 3 | 75.85.78.149 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 4 | 72.130.160.156 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 5 | 98.151.249.102 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 6 | 76.173.53.229 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 7 | 98.155.64.183 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 8 | 98.155.171.30 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 9 | 98.151.71.190 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 10 | 98.150.162.29 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 11 | 72.235.195.60 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 12 | 72.235.249.204 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 13 | 72.253.0.39 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 14 | 141.239.86.223 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 15 | 72.253.118.236 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 16 | 141.239.116.212 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 17 | 72.234.242.160 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 18 | 72.253.213.134 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 19 | 174.239.3.235 | SHA1: D1B9C2C7649EF7607265F93A56E866A06CC648E4 |

| No | IP | ISP | Region | City |
|---:|---|---|---|---|
| 1 | 75.85.146.17 | Spectrum | Hawaii | Kahului |
| 2 | 98.151.194.89 | Spectrum | Hawaii | Kailua-Kona |
| 3 | 75.85.78.149 | Spectrum | Hawaii | Kapolei |
| 4 | 72.130.160.156 | Spectrum | Hawaii | Pearl City |
| 5 | 98.151.249.102 | Spectrum | Hawaii | Mililani Town |
| 6 | 76.173.53.229 | Spectrum | Hawaii | Honolulu |
| 7 | 98.155.64.183 | Spectrum | Hawaii | Mililani Town |
| 8 | 98.155.171.30 | Spectrum | Hawaii | Honolulu |
| 9 | 98.151.71.190 | Spectrum | Hawaii | Honolulu |
| 10 | 98.150.162.29 | Spectrum | Hawaii | Mililani Town |
| 11 | 72.235.195.60 | Hawaiian Telcom | Hawaii | Honolulu |
| 12 | 72.235.249.204 | Hawaiian Telcom | Hawaii | Kapolei |
| 13 | 72.253.0.39 | Hawaiian Telcom | Hawaii | Honolulu |
| 14 | 141.239.86.223 | Hawaiian Telcom | Hawaii | Waipahu |
| 15 | 72.253.118.236 | Hawaiian Telcom | Hawaii | Wailuku |
| 16 | 141.239.116.212 | Hawaiian Telcom | Hawaii | Honolulu |
| 17 | 72.234.242.160 | Hawaiian Telcom | Hawaii | Honolulu |
| 18 | 72.253.213.134 | Hawaiian Telcom | Hawaii | Honolulu |
| 19 | 174.239.3.235 | Verizon Wireless | Hawaii | Honolulu |

| No | IP | Province |
|---:|---|---|
| 1 | 75.85.146.17 | Maui County |
| 2 | 98.151.194.89 | Hawaii County |
| 3 | 75.85.78.149 | Honolulu County |
| 4 | 72.130.160.156 | Honolulu County |
| 5 | 98.151.249.102 | Honolulu County |
| 6 | 76.173.53.229 | Honolulu County |
| 7 | 98.155.64.183 | Honolulu County |
| 8 | 98.155.171.30 | Honolulu County |
| 9 | 98.151.71.190 | Honolulu County |
| 10 | 98.150.162.29 | Honolulu County |
| 11 | 72.235.195.60 | Honolulu County |
| 12 | 72.235.249.204 | Honolulu County |
| 13 | 72.253.0.39 | Honolulu County |
| 14 | 141.239.86.223 | Honolulu County |
| 15 | 72.253.118.236 | Maui County |
| 16 | 141.239.116.212 | Honolulu County |
| 17 | 72.234.242.160 | Honolulu County |
| 18 | 72.253.213.134 | Honolulu County |
| 19 | 174.239.3.235 | Honolulu County |